JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 2:10-cv-10072-JFW-RZ |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| CORONA NORTH MAIN DEVELOPMENT, LP, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Corona North Main Development, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 5, 2012

_____
United States District Judge