JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>  Plaintiff,<br><br>v.<br><br>CORONA NORTH MAIN DEVELOPMENT, LP, et al.,<br><br>  Defendants. | Case No. 2:10-cv-10072-JFW-RZ<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Corona North Main Development, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 5, 2012

_____
United States District Judge